IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GGNSC HOLDINGS, LLC,** *et al.* **PLAINTIFFS**

**v.** **Case No. 1:14-cv-00003-KGB**

**YURI SHEARER, AS SPECIAL ADMINISTRATOR** **DEFENDANT**
**OF THE ESTATE OF ALMA M. SHEARER**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 24). The stipulation of dismissal satisfies the requirements of Rule 41(a)(1)(A)(ii). Therefore, the action is dismissed without prejudice.

So ordered this 23rd day of May, 2017.

Kristine G. Baker
United States District Judge